# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JAMES T. JOHNSON d/b/a<br>STOCKTON ROOFING & SIDING,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ATLANTIC CASUALTY INSURANCE COMPANY,<br><br>　　　　　　　　　　　Defendants. | **INDEX OF<br>DOCUMENTS FILED<br>IN STATE COURT**<br><br>Civ. Action No.: _____ |

---

PLEASE TAKE NOTICE that, pursuant to Local Rule 81(a)(3)(A), the following consists of the index of documents filed in James T. Johnson d/b/a Stockton Roofing & Siding, Niagara County Index No.: 150515.

| Documents | Date of Filing |
|---|---|
| 1. Summons and Complaint | July 5, 2013 |
| 2. Affidavit of Service on Corporation | September 16, 2013 |

Dated: Buffalo, New York
　　　　October 3, 2013

　　　　　　　　　　　　　　　　　　GOLDBERG SEGALLA LLP

　　　　　　　　　　　　　　　　　　By:　　s/Jeffrey L. Kingsley
　　　　　　　　　　　　　　　　　　　　　　Jeffrey L. Kingsley
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　Atlantic Casualty Insurance Company
　　　　　　　　　　　　　　　　　　665 Main Street, Suite 400
　　　　　　　　　　　　　　　　　　Buffalo, New York 14203
　　　　　　　　　　　　　　　　　　Telephone No.: (716) 566-5400
　　　　　　　　　　　　　　　　　　jkingsley@goldbergsegalla.com

- 2 -

TO:  Christopher A. Privateer, Esq.
     Attorney for Plaintiff
     272 East Avenue
     Lockport, New York  14094
     Telephone No.:  (716) 439-8098

736106v1