AO 450 (Rev. 5/85) Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

James T. Johnson

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 13-CV-1002 - S

v.

Atlantic Casualty Insurance Company

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED, STIPULATED AND ADJUDGED , GRANTING Defendant/Third

Party Plaintiff Atlantic Casualty Insurance Company's (Dkt. No. 32)  Motion for

Summary Judgment. This case is closed.

Date: 08/25/2015

MICHAEL J. ROEMER,
Clerk of the Court

By: s/Denise Collier
Deputy Clerk